Kent A. Gardiner *(pro hac vice)*
Kathryn D. Kirmayer *(pro hac vice)*
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:   202-624-2500
Facsimile:   202-628-5116
E-mail:   kgardiner@crowell.com
           kkirmayer@crowell.com

Daniel A. Sasse (CA Bar No. 236234)
Christine E. Cwiertny (CA Bar No. 222098)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone:   949-263-8400
Facsimile:   949-263-8414
E-mail:   dsasse@crowell.com
           ccwiertny@crowell.com

Counsel for Plaintiffs
Sun Microsystems, Inc.,
and Unisys Corporation

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *HONEYWELL INTERNATIONAL INC. v. HYNIX SEMICONDUCTOR, INC. ET AL.*<br><br>Case No. C 06-02917 PJH<br><br>*SUN MICROSYSTEMS, INC. v. HYNIX SEMICONDUCTOR, INC., ET AL.*<br><br>Case No. C 06-01665 PJH<br><br>*UNISYS CORPORATION v. HYNIX SEMICONDUCTOR, INC., ET AL.*<br><br>Case No. C 06-02915 PJH | **JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>**(CIVIL L.R. 6-2)** |

Pursuant to Civil Local Rule 6-2 of the Federal District Court for the Northern District of California, counsel for Plaintiffs Honeywell International Inc., Sun Microsystems, Inc. ("Sun") and Unisys Corporation ("Unisys") (collectively, "Plaintiffs") and Defendants Mosel Vitelic Inc., Mosel Vitelic Corp., Hynix Semiconductor, Inc., Hynix Semiconductor America, Inc., Nanya Technology Corporation, Nanya Technology Corporation, USA, Winbond Electronics Corporation, Winbond Electronics Corporation America, Elpida Memory, Inc., Elpida Memory

(USA) Inc., Mitsubishi Electric Corporation, Mitsubishi Electric and Electronics USA, Inc., Mitsubishi Electric Europe B.V., NEC Electronics America, Inc., Samsung Electronics Company, Ltd., and Samsung Semiconductor, Inc., submit this Joint Stipulation and [Proposed] Order Rescheduling the Case Management Conference.

WHEREAS, the other named Defendants have been contacted by counsel and do not adopt a position on this motion because they have not been served with the relevant complaint.

WHEREAS, the Court has set a Case Management Conference ("CMC") for July 27, 2006, involving each of the above related actions;

WHEREAS, Plaintiffs have provided certain defendants with various extensions of time over the next 60-90 days to respond to their complaints and other defendants have not been served;

WHEREAS, the parties to Sun's and Unisys' actions have discussed and agreed in principle to a stipulation, though they have not reached final agreement, pursuant to which Sun and Unisys may file a Consolidated Amended Complaint;

WHEREAS, certain defendants are still attempting to retain counsel to defend them because of conflicts of interest;

WHEREAS, it appears that it would be more efficient to conduct the initial CMC after service on all defendants and closer in time to when defendants will respond to Plaintiffs' complaints.

1  NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED:

2  Subject to the Court's convenience and calendar, the initial CMC in the above-captioned
3  cases shall occur on September 21, 2006.

4  Dated: July 20, 2006                                LINDQUIST & VENNUM, P.L.L.P

5

6                                                          /s/
                                                   ───────────────────────────
7                                                     James M. Lockhart
                                                      Attorneys for Plaintiff
                                                   Honeywell International, Inc.
8

9  Dated: July 20, 2006                                CROWELL & MORING LLP

10

11                                                         /s/
                                                   ───────────────────────────
12                                                    Daniel A. Sasse
                                                      Attorneys for Plaintiff
13                                                 SUN MICROSYSTEMS, INC.

14  Dated: July 20, 2006                               CROWELL & MORING LLP

15

16                                                         /s/
                                                   ───────────────────────────
17                                                    Daniel A. Sasse
                                                      Attorneys for Plaintiff
18                                                    UNISYS CORPORATION

19  Dated: July 20, 2006                               TOPEL AND GOODMAN

20

21                                                         /s/
                                                   ───────────────────────────
22                                                    Andrea DeShazo
                                                     Attorneys for Defendants
23                                                  MOSEL VITELIC INC. and
                                                   MOSEL VITELIC CORPORATION
24

25

26

27

28

| | |
|---|---|
| 1  Dated July 20, 2006 | O'MELVENY & MYERS LLP |

/s/
Michael Tubach
Kenneth O'Rourke
Attorneys for Defendants
HYNIX SEMICONDUCTOR, INC. and
HYNIX SEMICONDUCTOR AMERICA, INC.
Counsel for Hynix in the Sun and Unisys cases only

Dated: July 20, 2006

/s/
Terrence H. Cross
General Counsel of Defendant
SAMSUNG SEMICONDUCTOR, INC. and
Attorney duly authorized to accept service on behalf
of Defendant, SAMSUNG ELECTRONICS
COMPANY, LTD.

Dated: July 20, 2006                THELEN REID & PRIEST, LLP

/s/
Robert B. Pringle
Attorneys for Defendants
NEC ELECTRONICS AMERICA, INC.

Dated: July 20, 2006                SIMPSON THACHER & BARTLETT LLP

/s/
Harrison J. Frahn IV
Attorneys for Defendants
ELPIDA MEMORY, INC., and
ELPIDA MEMORY (USA) INC.

| | | |
|---|---|---|
| 1 | Dated: July 20, 2006 | ORRICK, HERRINGTON & SUTCLIFFE LLP |

                         /s/
                       Robert Freitas
                       Attorneys for
          NANYA TECHNOLOGY CORPORATION, and
            NANYA TECHNOLOGY CORPORATION, USA

Dated: July 20, 2006           COLLETTE & ERICKSON LLP

                         /s/
                  William Silas Farmer, Jr.
                  Steven H. Morrissett
               Attorneys for Defendants
       WINBOND ELECTRONICS CORPORATION,
                      and
        WINBOND ELECTRONICS CORPORATION
                   AMERICA

Dated: July 20, 2006           KRIEG, KELLER, SLOAN, REILLEY & ROMAN, LLP

                         /s/
                    Kenneth E. Keller
                    Michael D. Lisi
                    Attorneys for
         MITSUBISHI ELECTRIC CORPORATION,
       MITSUBISHI ELECTRIC AND ELECTRONICS
                USA, INC., and
         MITSUBISHI ELECTRIC EUROPE B.V.

**ATTESTATION**

I attest that James M. Lockhart, Daniel A. Sasse, Andrea DeShazo, Kenneth O'Rourke, Robert Pringle, Terrence Cross, Harrison J. Frahn, IV, Robert Freitas, William Farmer, Jr., Kenneth Keller have concurred in the filing of this document and that their original signatures will be retained on-file pursuant to General Order 45, Section X.B.

Dated: July 20, 2006                CROWELL & MORING LLP

                                    /s/
                                    _____
                                    Christine E. Cwiertny

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __July 25__, 2006            _____
                                    Honorable PHYLLIS J. HAMILTON
                                    UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*