KENNETH R. O'ROURKE (S.B. #120144)
korourke@omm.com
PATRICIA J.B. DEWITT (S.B. #211740)
pdewitt@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:   (213) 430-6000
Facsimile:    (213) 430-6407

MICHAEL F. TUBACH (S.B. #145955)
mtubach@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

*Attorneys for Hynix Defendants in the* Sun *and* Unisys *matters only*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Sun Microsystems, Inc. and Unisys Corporation,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>Hynix Semiconductor, Inc. et al.,<br><br>　　　　Defendants.<br><br>　*and*<br><br>Honeywell International Inc.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Hynix Semiconductor, Inc. et al.,<br><br>　　　　Defendants. | Case Nos.  C 06-01665 and 02915 PJH (Consolidated)<br><br><br><br><br><br><br><br>Case No.  C 06-02917 PJH<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Current date: Nov. 9, 2006<br>Proposed date: Dec. 14, 2006<br>Time: 2:30 pm<br>Courtroom of the Hon. Phyllis J. Hamilton |

1  WHEREAS some counsel are not available on the date currently set for the
2  Case Management Conference in these cases; and
3  WHEREAS all counsel have agreed to a new date for the Conference;
4  IT IS HEREBY STIPULATED by and between the parties hereto, subject to
5  the approval of the Court, that the Case Management Conference for these matters shall
6  be continued from November 9, 2006 at 2:30 pm to December 14, 2006 at 2:30 pm.

Dated: November 2, 2006          O'MELVENY & MYERS LLP


By: *s/ Patricia J.B. DeWitt*
    Kenneth R. O'Rourke
    Michael Tubach
    Ian T. Simmons
    Steven Bergman
    Patricia J.B. DeWitt

Attorneys for Defendants
Hynix Semiconductor, Inc. and Hynix
Semiconductor America, Inc. in the *Sun*
and *Unisys* matters


Dated:  November 2, 2006          PILLSBURY WINTHROP SHAW
                                                                    PITTMAN LLP


By: *s/ Albert J. Boro, Jr.*
    Terrence A. Callan
    Albert J. Boro, Jr.
    Ryan Takemoto

Attorneys for Defendants
Hynix Semiconductor, Inc. and Hynix
Semiconductor America, Inc. in the
*Honeywell* matter

| | | |
|---|---|---|
| 1 | Dated:  November 2, 2006 | JENNER & BLOCK LLP |
| 2 | | |
| 3 | | By: *s/Terrence J. Traux* |
| 4 | |     Terrence J. Truax |
|   | |     Donald Harris |
| 5 | |     Gabriel Fuentes |
|   | |     Brian C. Haussman |
| 6 | | KRIEG KELLER SLOAN REILLEY & ROMAN LLP |
| 7 | | |
|   | |     Kenneth E. Keller |
| 8 | |     Michael D. Lisi |
| 9 | | Attorneys for Defendants |
|   | | Mitsubishi Electric Corporation, Mitsubishi |
| 10 | | Electric and Electronics USA, Inc. and |
|   | | Mitsubishi Electric Europe B.V. |
| 11 | | |
| 12 | Dated:  November 2, 2006 | TOPEL AND GOODMAN |
| 13 | | |
| 14 | | By: *s/ William Goodman* |
|   | |     William Goodman |
| 15 | |     Raphael Goldman |
| 16 | | Attorneys for Defendants |
|   | | Mosel Vitelic Inc. and |
| 17 | | Mosel Vitelic Corporation |
| 18 | Dated:  November 2, 2006 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 19 | | |
| 20 | | |
| 21 | | By: *s/ Howard Ullman* |
|   | |     Robert E. Freitas |
| 22 | |     Howard Ullman |
|   | |     Na'il Benjamin |
| 23 | |     Cynthia Wickstrom |
|   | |     E. Anne Hawkins |
| 24 | | Attorneys for Defendants Nanya |
| 25 | | Technology Corporation and Nanya Technology Corporation USA |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| Dated:  November 2, 2006 | COLLETTE ERICKSON FARMER & O'NEILL LLP |
| | |
| | By: *s/ William Farmer* |
| |     William S. Farmer |
| | |
| | FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP |
| | |
| | Steven Morrissett |
| | |
| | Attorneys for Defendant Windbond Electronics Corporation America |
| Dated:  November 2, 2006 | SIMPSON THACHER & BARTLETT LLP |
| | |
| | By: *s/ Harrison J. Frahn* |
| |     Harrison J. Frahn |
| |     Jason Bussey |
| |     James G. Kreissman |
| |     Michele E. Kemmerling |
| |     Isabelle Young |
| | |
| | Attorneys for Defendants Elpida Memory, Inc. and Elpida Memory (USA) Inc. |
| Dated:  November 2, 2006 | KAYE SCHOLLER LLP |
| | |
| | By: *s/ Julian Brew* |
| |     Aton Arbisser |
| |     Julian Brew |
| | |
| | Attorneys for Defendants Infineon Technologies, AG and Infineon Technologies North America Corporation |

| | | |
|---|---|---|
| 1 | Dated: November 2, 2006 | MCDERMOTT WILL & EMERY LLP |

By: */s Craig P. Seebald*
    Daniel E. Alberti
    Craig P. Seebald
    Bobby R. Burchfield
    Richard W. Smith

Attorneys for Defendants
Hitachi, Ltd.; Hitachi America, Ltd.; and Renesas Technology America, Inc. f/k/a Hitachi Semiconductor (America) Inc.

Dated: November 2, 2006    THELEN REID & PRIEST LLP

By: */s Paul R. Griffin*
    Robert B. Pringle
    Paul R. Griffin
    Jonathan E. Schwartz

Attorneys for Defendant NEC Electronics America, Inc.

Dated: November 2, 2006    CROWELL & MORING LLP

By: */s Daniel A. Sasse*
    Daniel A. Sasse
    Kent A. Gardiner
    Kathryn D. Kirmayer
    Jerome A. Murphy
    Christine E. Cwiertny

Attorneys for Plaintiffs
Sun Microsystems, Inc. and
Unisys Corporation

| | | |
|---|---|---|
| 1 | Dated: November 2, 2006 | LINDQUIST & VENNUM PLLP |

By: */s James P. McCarthy*
James M. Lockhart
James P. McCarthy

Attorneys for Plaintiff Honeywell International, Inc.

IT IS SO ORDERED, this  3rd  day of  November , 2006.

_____
The Hon. Phyllis J. Hamilton
United States District Judge
Northern District of California

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

LA2:815400.1

- 6 -

STIPULATION AND [PROPOSED] ORDER
CONT. CASE MANAGEMENT CONF.