James P. McCarthy (admitted pro hac vice)
James M. Lockhart (admitted pro hac vice)
Lindquist & Vennum, P.L.L.P.
4200 IDS Center – 80 South Eighth Street
Minneapolis, MN 55402-2205
Tel: (612) 371-3266
Fax: (612) 371-3207
E-mail: jmccarthy@lindquist.com
jlockhart@lindquist.com

James J. Ficenec (CA. Bar #152172)
Sellar Hazard, McNeely & Manning
1111 Civic Drive, Suite 300
Walnut Creek, CA 94596
Telephone: (925) 938.1430
Facsimile: (925) 926-7508
Email: jficenec@sellarlaw.com

Attorneys for Plaintiff
Honeywell International, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| Honeywell International Inc. | Case No. 06-CV-02917-PJH |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL AS TO HYNIX DEFENDANTS PURSUANT TO RULE 41(a)(1)(ii)** AND ORDER |
| v. | |
| Hynix Semiconductor, Inc. et al. | |
| Defendants. | |

The parties hereto, having amicably resolved their differences, hereby stipulate to a dismissal of this action as to defendants, Hynix Semiconductor Inc. and Hynix Semiconductor

1  America Inc., with prejudice, pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P. Each party shall bear
2  its own costs and attorney's fees. This dismissal shall not apply to or affect any other defendant.
3
4  DATED: 12/28/06

By: _____
James P. McCarthy (admitted pro hac vice)
James M. Lockhart (admitted pro hac vice)
Lindquist & Vennum, P.L.L.P.
4200 IDS Center – 80 South Eighth Street
Minneapolis, MN  55402-2205
Tel:  (612) 371-3266
Fax:  (612) 371-3207
E-mail:  jmccarthy@lindquist.com
jlockhart@lindquist.com

James J. Ficenec (CA. Bar #152172)
Sellar Hazard, McNeely & Manning
1111 Civic Drive, Suite 300
Walnut Creek, CA 94596
Telephone:  (925) 938.1430
Facsimile: (925) 926-7508
Email:  jficenec@sellarlaw.com

Attorneys for Plaintiff
Honeywell International, Inc.

DATED: December 26, 2006

By: _____
Terrence A. Callan
Albert J. Boro, Jr.
Ryan K. Takemoto
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA  94105

Attorneys for Defendants
Hynix Semiconductor Inc. and Hynix
Semiconductor America Inc.

Good cause appearing, it is SO ORDERED.

Dated:  12/29/06       _____
Phyllis J. Hamilton
United States District Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]

2