James P. McCarthy (admitted pro hac vice)
James M. Lockhart (admitted pro hac vice)
Lindquist & Vennum, P.L.L.P.
4200 IDS Center – 80 South Eighth Street
Minneapolis, MN 55402-2205
Tel: (612) 371-3266
Fax: (612) 371-3207
E-mail: jmccarthy@lindquist.com
jlockhart@lindquist.com

James J. Ficenec (CA. Bar #152172)
Sellar Hazard, McNeely & Manning
1111 Civic Drive, Suite 300
Walnut Creek, CA 94596
Telephone: (925) 938.1430
Facsimile: (925) 926-7508
Email: jficenec@sellarlaw.com

Attorneys for Plaintiff
Honeywell International, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Honeywell International Inc.<br><br>    Plaintiff,<br><br>v.<br><br>Hynix Semiconductor, Inc. et al.<br><br>    Defendants. | Case No. 06-CV-02917-PJH<br><br>**STIPULATION OF DISMISSAL AS TO NEC DEFENDANTS PURSUANT TO RULE 41(a)(1)(ii)** AND ORDER |

The parties hereto, having amicably resolved their differences, hereby stipulate to a dismissal of this action as to defendants, NEC Corporation and NEC Electronics America, Inc., with prejudice, pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P. Each party shall bear its own costs and attorney's fees. This dismissal shall not apply to or affect any other defendant.

| | | |
|---|---|---|
| 1 | DATED: January 31, 2007 | By: /s/ James P. McCarthy |
| 2 | | James P. McCarthy (admitted pro hac vice) |
| 3 | | James M. Lockhart (admitted pro hac vice) |
| | | LINDQUIST & VENNUM, P.L.L.P. |
| 4 | | 4200 IDS Center – 80 South Eighth Street |
| 5 | | Minneapolis, MN 55402-2205 |
| | | Tel: (612) 371-3266 |
| 6 | | Fax: (612) 371-3207 |
| 7 | | E-mail: jmccarthy@lindquist.com |
| | | jlockhart@lindquist.com |

James J. Ficenec (CA. Bar #152172)
Sellar Hazard, McNeely & Manning
1111 Civic Drive, Suite 300
Walnut Creek, CA 94596
Telephone: (925) 938.1430
Facsimile: (925) 926-7508
Email: jficenec@sellarlaw.com

Attorneys for Plaintiff
Honeywell International, Inc.

DATED: January 26, 2007.   By: /s/ Paul R. Griffin
Robert B. Pringle (CA Bar # 051365)
Paul R. Griffin (CA Bar # 083541)
Jonathan E. Swartz (CA Bar # 203624)
THELEN REID BROWN RAYSMAN &
STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Tel: 415-371-1200 – main
Fax: 415-371-1211
rbpringle@thelen.com
pgriffin@thelen.com
jswartz@thelen.com

Attorneys for Defendants NEC Corporation
and NEC Electronics America, Inc.

Good cause appearing, it is SO ORDERED.

Dated: 2/1/07

Phyllis J. Hamilton
United States District

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton

2

STIPULATION OF DISMISSAL AS TO NEC DEFENDANTS
Case No. 06-CV-02917-PJH
Doc# 2224268\1