James P. McCarthy (admitted pro hac vice)
James M. Lockhart (admitted pro hac vice)
Lindquist & Vennum, P.L.L.P.
4200 IDS Center – 80 South Eighth Street
Minneapolis, MN 55402-2205
Tel: (612) 371-3266
Fax: (612) 371-3207
E-mail: jmccarthy@lindquist.com
jlockhart@lindquist.com

James J. Ficenec (CA. Bar #152172)
Sellar Hazard, McNeely & Manning
1111 Civic Drive, Suite 300
Walnut Creek, CA 94596
Telephone: (925) 938.1430
Facsimile: (925) 926-7508
Email: jficenec@sellarlaw.com

Attorneys for Plaintiff
Honeywell International, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Honeywell International Inc.<br><br>　　Plaintiff,<br><br>　　v.<br><br>Hynix Semiconductor, Inc. et al.<br><br>　　Defendants. | Case No. 06-CV-02917-PJH<br><br>**STIPULATION OF DISMISSAL AS TO SAMSUNG DEFENDANTS PURSUANT TO RULE 41(a)(1)(ii)** AND ORDER |

The parties hereto, having amicably resolved their differences, hereby stipulate to a dismissal of this action as to defendants, Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc., with prejudice, pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P. Each party shall bear its own costs and attorney's fees. This dismissal shall not apply to or affect any other defendant.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: 2/13/07 | By: _____ |
| 3 | | James R. McCarthy (admitted pro hac vice) |
| | | James M. Lockhart (admitted pro hac vice) |
| 4 | | LINDQUIST & VENNUM, P.L.L.P. |
| | | 4200 IDS Center – 80 South Eighth Street |
| 5 | | Minneapolis, MN  55402-2205 |
| | | Tel:  (612) 371-3266 |
| 6 | | Fax:  (612) 371-3207 |
| | | E-mail:  jmccarthy@lindquist.com |
| 7 | | jlockhart@lindquist.com |

James J. Ficenec (CA. Bar #152172)
Sellar Hazard, McNeely & Manning
1111 Civic Drive, Suite 300
Walnut Creek, CA 94596
Telephone:  (925) 938.1430
Facsimile: (925) 926-7508
Email:  jficenec@sellarlaw.com

Attorneys for Plaintiff
Honeywell International, Inc.

DATED: 2/13/07                 By: _____
Mona Solouki (CA Bar # 215145)
Sheppard, Mullin, Richter & Hampton LLP
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111
Tel:  415-774-3210
Fax: 415-403-6054
MSolouki@sheppardmullin.com

Attorneys for Defendants Samsung
Electronics Co., Ltd. And Samsung
Semiconductor, Inc.

Good cause appearing, it is SO ORDERED.

Dated:  2/15/07

_____
Phyllis J. Hamilton
United States District

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]

2
STIPULATION OF DISMISSAL AS TO SAMSUNG DEFENDANTS
Case No. 06-CV-02917-PJH
Doc# 2230865\1