1   James P. McCarthy (admitted pro hac vice)
    James M. Lockhart (admitted pro hac vice)
2   Lindquist & Vennum, P.L.L.P.
    4200 IDS Center – 80 South Eighth Street
3   Minneapolis, MN  55402-2205
    Tel:  (612) 371-3266
4   Fax:  (612) 371-3207
5   E-mail:  jmccarthy@lindquist.com
    jlockhart@lindquist.com
6

7   James J. Ficenec (CA. Bar #152172)
8   Sellar Hazard, McNeely & Manning
    1111 Civic Drive, Suite 300
9   Walnut Creek, CA 94596
    Tel:  (925) 938.1430
10  Fax: (925) 256-7508
    Email:  jficenec@sellarlaw.com
11

12  Attorneys for Plaintiff
    Honeywell International, Inc.
13
                    **UNITED STATES DISTRICT COURT**
14
                    **NORTHERN DISTRICT OF CALIFORNIA**
15

16
17  Honeywell International Inc.              Case No. 06-CV-02917-PJH

18      Plaintiff,                            **STIPULATION OF DISMISSAL *[and***
                                              ***ORDER]* AS TO ELPIDA DEFENDANTS**
19      v.                                    **PURSUANT TO RULE 41(a)(1)(ii)**

20  Hynix Semiconductor, Inc. et al.

21      Defendants.

22          The parties hereto, having amicably resolved their differences, hereby stipulate to a

23  dismissal of this action as to defendants, Elpida Memory, Inc. and Elpida Memory (USA), Inc.,

24  with prejudice, pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P.  Each party shall bear its own costs

25  and attorney's fees. This dismissal shall not apply to or affect any other defendant.

26
27
                                              1
28
Doc# 2262710\1

DATED:     April 13, 2007

By:   /S/ James M. Lockhart
          James P. McCarthy (admitted pro hac vice)
          James M. Lockhart (admitted pro hac vice)
          LINDQUIST & VENNUM, P.L.L.P.
          4200 IDS Center – 80 South Eighth Street
          Minneapolis, MN  55402-2205
          Tel:  (612) 371-3266
          Fax:  (612) 371-3207
          E-mail:  jmccarthy@lindquist.com
          jlockhart@lindquist.com


          James J. Ficenec (SBN - 152172)
          SELLAR HAZARD MANNING FICENEC
          & LAI
          1800 Sutter Street, Ste. 460
          Concord, CA  94520
          Tel:  (925) 938-1430
          Fax: (925) 256-7508
          Email:  jficenec@sellarlaw.com

          Attorneys for Plaintiff
          Honeywell International, Inc.


DATED:     April 12, 2007

By:   /S/ Harrison J. Frahn
          Harrison J. Frahn, IV
          SIMPSON THACHER & BARTLETT
          2550 Hanover Street
          Palo Alto, CA 94304
          Tel:  650-251-5000
          Fax: 650-251-5002
          Email: hfrahn@stblaw.com

          Attorneys for Defendants Elpida Memory,
          Inc. and Elpida Memory (USA) Inc.


     Good cause appearing, it is SO ORDERED.

     Dated:  4/17/07 _____

                              _____
                              Phyllis J. Hamilton
                              United States District

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*