James P. McCarthy (admitted pro hac vice)
James M. Lockhart (admitted pro hac vice)
Lindquist & Vennum, P.L.L.P.
4200 IDS Center – 80 South Eighth Street
Minneapolis, MN  55402-2205
Tel:  (612) 371-3266
Fax:  (612) 371-3207
E-mail:  jmccarthy@lindquist.com
jlockhart@lindquist.com


James J. Ficenec (CA. Bar #152172)
Sellar Hazard Manning Ficenec & Lai
1800 Sutter Street, Ste. 460
Concord, CA 94520
Telephone:  (925) 938-1430
Facsimile: (925) 256-7508
Email:  jficenec@sellarlaw.com


Attorneys for Plaintiff
Honeywell International, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Honeywell International Inc.<br><br>     Plaintiff,<br><br>   v.<br><br>Hynix Semiconductor, Inc. et al.<br><br>     Defendants. | Case No. 06-CV-02917-PJH<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE *[and ORDER]* AS TO INFINEON DEFENDANTS PURSUANT TO RULE 41(a)(2)** |

The parties hereto, having amicably resolved their differences, hereby stipulate to a dismissal of this action as to defendants, Infineon Technologies AG and Infineon Technologies North America Corp., **without** prejudice, pursuant to Rule 41(a)(2), Fed. R. Civ. P.  Each party shall bear its own costs and attorney's fees. This dismissal shall not apply to or affect any other defendant.

1

DATED: 4/24/07

By: /s/ James M. Lockhart
James P. McCarthy (admitted pro hac vice)
James M. Lockhart (admitted pro hac vice)
LINDQUIST & VENNUM, P.L.L.P.
4200 IDS Center – 80 South Eighth Street
Minneapolis, MN  55402-2205
Tel: (612) 371-3266
Fax: (612) 371-3207
E-mail: jmccarthy@lindquist.com
jlockhart@lindquist.com

James J. Ficenec (SBN - 152172)
SELLAR HAZARD MANNING FICENEC & LAI
1800 Sutter Street, Ste. 460
Concord, CA  94520
Tel: (925) 938-1430
Fax: (925) 256-7508
Email: jficenec@sellarlaw.com

Attorneys for Plaintiff
Honeywell International, Inc.

DATED: 4/24/07

By: /s/ Julian Brew
Julian Brew
Kaye Scholer LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA  90067-6048
Tel: 310-788-1147
Fax: 310-788-1200
Email: jbrew@kayescholer.com

Attorneys for Infineon Technologies AG and Infineon Technologies North America Corp.

Good cause appearing, it is **SO ORDERED**.

Dated: 4/26/07

_____
Phyllis J. Hamilton
United States District

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

2
STIPULATION OF DISMISSAL AS TO INFINEON DEFENDANTS
Case No. 06-CV-02917-PJH

Doc# 2262717\1