James P. McCarthy (admitted pro hac vice)
James M. Lockhart (admitted pro hac vice)
Lindquist & Vennum, P.L.L.P.
4200 IDS Center – 80 South Eighth Street
Minneapolis, MN  55402-2205
Tel:  (612) 371-3266
Fax:  (612) 371-3207
E-mail:  jmccarthy@lindquist.com
jlockhart@lindquist.com


James J. Ficenec (CA. Bar #152172)
Sellar Hazard Manning Ficenec & Lai
1800 Sutter Street, Ste. 460
Concord, CA 94520
Telephone:  (925) 938-1430
Facsimile: (925) 256-7508
Email:   jficenec@sellarlaw.com


Attorneys for Plaintiff
Honeywell International, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Honeywell International Inc.<br><br>    Plaintiff,<br><br>   v.<br><br>Hynix Semiconductor, Inc. et al.<br><br>    Defendants. | Case No. 06-CV-02917-PJH<br><br>**STIPULATION OF DISMISSAL *[and ORDER]* AS TO WINBOND DEFENDANTS PURSUANT TO RULE 41(a)(2)** |

Plaintiff Honeywell International Inc. and the Winbond Defendants, having amicably resolved their differences, hereby stipulate to and move for dismissal of this action as to defendants, Winbond Electronics Corporation and Winbond Electronics Corporation America, with prejudice, pursuant to Rule 41(a)(2), Fed. R. Civ. P.  Each party shall bear its own costs and attorney's fees. This dismissal shall not apply to or affect any other defendant.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: 5/3/07 | By: /S/ James M. Lockhart |

James P. McCarthy (admitted pro hac vice)
James M. Lockhart (admitted pro hac vice)
LINDQUIST & VENNUM, P.L.L.P.
4200 IDS Center – 80 South Eighth Street
Minneapolis, MN  55402-2205
Tel:  (612) 371-3266
Fax:  (612) 371-3207
E-mail:  jmccarthy@lindquist.com
jlockhart@lindquist.com

James J. Ficenec (SBN - 152172)
SELLAR HAZARD MANNING FICENEC & LAI
1800 Sutter Street, Ste. 460
Concord, CA  94520
Tel:  (925) 938-1430
Fax: (925) 256-7508
Email:  jficenec@sellarlaw.com

Attorneys for Plaintiff
Honeywell International, Inc.

DATED: 4/30/07        By: /S/ Steven H. Morrissett

Steven H. Morrissett
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP
3300 Hillview Avenue
Palo Alto, CA 94304
Tel:  650-849-6624
Fax:  650-849-6666
E-mail: morrissett@finnegan.com

Attorneys for Winbond Electronics
Corporation and Winbond Electronics
Corporation America

Good cause appearing, it is SO ORDERED.

Dated:  5/7/07

_____
Phyllis J. Hamilton
United States District

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

/s/ James M. Lockhart
James M. Lockhart