James P. McCarthy (admitted pro hac vice)
James M. Lockhart (admitted pro hac vice)
Lindquist & Vennum P.L.L.P.
4200 IDS Center – 80 South Eighth Street
Minneapolis, MN  55402-2205
Tel:  (612) 371-3266
Fax:  (612) 371-3207
E-mail:  jmccarthy@lindquist.com
jlockhart@lindquist.com


James J. Ficenec (CA. Bar #152172)
Sellar Hazard Manning Ficenec & Lai
1800 Sutter Street, Ste. 460
Concord, CA 94520
Telephone:  (925) 938-1430
Facsimile: (925) 256-7508
Email:  jficenec@sellarlaw.com


Attorneys for Plaintiff
Honeywell International, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Honeywell International Inc.<br><br>    Plaintiff,<br><br>    v.<br><br>Hynix Semiconductor, Inc. et al.<br><br>    Defendants. | Case No. 06-CV-02917-PJH<br><br>**STIPULATION OF DISMISSAL *[and ORDER]* AS TO MOSEL DEFENDANTS PURSUANT TO RULE 41(a)(1)(ii)** |

The parties hereto, having amicably resolved their differences, hereby stipulate to a dismissal of this action as to defendants, Mosel Vitelic Inc. and Mosel Vitelic Corporation, with prejudice, pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P.  Each party shall bear its own costs and attorney's fees. This dismissal shall not apply to or affect any other defendant.

| | | |
|---|---|---|
| 1 | DATED: 5/3/2007 | |
| 2 | | By:  /S/ James M. Lockhart |
| | | James P. McCarthy (admitted pro hac vice) |
| 3 | | James M. Lockhart (admitted pro hac vice) |
| | | LINDQUIST & VENNUM P.L.L.P. |
| 4 | | 4200 IDS Center – 80 South Eighth Street |
| 5 | | Minneapolis, MN  55402-2205 |
| | | Tel:  (612) 371-3266 |
| 6 | | Fax:  (612) 371-3207 |
| | | E-mail:  jmccarthy@lindquist.com |
| 7 | | jlockhart@lindquist.com |

James J. Ficenec (SBN - 152172)
SELLAR HAZARD MANNING FICENEC & LAI
1800 Sutter Street, Ste. 460
Concord, CA  94520
Tel:  (925) 938-1430
Fax: (925) 256-7508
Email:  jficenec@sellarlaw.com

Attorneys for Plaintiff
Honeywell International, Inc.

DATED: 5/3/2007

By:  /S/ David C. Brownstein
Stephen V. Bomse
David C. Brownstein
Renato Mariotti
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
(415) 772-6000
(415) 772-6268 (fax)

dbrownstein@hewm.com

Attorneys for Mosel Vitelic Inc. and Mosel Vitelic Corporation

Good cause appearing, it is SO ORDERED.

Dated: 5/7/07 _____

_____
Phyllis J. Hamilton
United States District Court

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

## **SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                                                     /S/ James M. Lockhart
                                          James M. Lockhart