1  James P. McCarthy (admitted pro hac vice)
   James M. Lockhart (admitted pro hac vice)
2  Lindquist & Vennum, P.L.L.P.
   4200 IDS Center – 80 South Eighth Street
3  Minneapolis, MN  55402-2205
4  Tel:  (612) 371-3266
   Fax:  (612) 371-3207
5  E-mail:  jmccarthy@lindquist.com
   jlockhart@lindquist.com
6

7
   James J. Ficenec (CA. Bar #152172)
8  Sellar Hazard Manning Ficenec & Lai
   1800 Sutter Street, Ste. 460
9  Concord, CA 94520
   Telephone:  (925) 938-1430
10 Facsimile: (925) 256-7508
   Email:   jficenec@sellarlaw.com
11

12
   Attorneys for Plaintiff
13 Honeywell International, Inc.

14                       **UNITED STATES DISTRICT COURT**

15                       **NORTHERN DISTRICT OF CALIFORNIA**

16

| 17 | Honeywell International Inc. | Case No. 06-CV-02917-PJH |
|---|---|---|
| 18 |     Plaintiff, | **STIPULATION OF DISMISSAL *[and ORDER]* AS TO MITSUBISHI DEFENDANTS PURSUANT TO RULE 41(a)(2)** |
| 19 |     v. | |
| 20 | Hynix Semiconductor, Inc. et al. | |
| 21 |     Defendants. | |

22     The parties hereto hereby stipulate to a dismissal of this action, subject to approval by the

23 Court, as to defendants Mitsubishi Electric Corporation and Mitsubishi Electric & Electronics

24 USA, Inc., with prejudice, pursuant to Rule 41(a)(2), Fed. R. Civ. P.  Each party shall bear its

25 own costs and attorney's fees. This dismissal shall not apply to or affect any other defendant.

26

27
                                          1
28
   ─────────────────────────────────────────────
            STIPULATION OF DISMISSAL AS TO MITSUBISHI DEFENDANTS
                     Case No.  06-CV-2917-PJH
   Doc# 2288986\1

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | DATED: 5/3/2007 | By: | /S/ James M. Lockhart |
| 3 | | | James P. McCarthy (admitted pro hac vice) |
| | | | James M. Lockhart (admitted pro hac vice) |
| 4 | | | LINDQUIST & VENNUM P.L.L.P. |
| | | | 4200 IDS Center – 80 South Eighth Street |
| 5 | | | Minneapolis, MN  55402-2205 |
| | | | Tel: (612) 371-3266 |
| 6 | | | Fax: (612) 371-3207 |
| 7 | | | E-mail: jmccarthy@lindquist.com |
| | | | jlockhart@lindquist.com |
| 8 | | | |
| 9 | | | James J. Ficenec (SBN - 152172) |
| 10 | | | SELLAR HAZARD MANNING FICENEC & LAI |
| 11 | | | 1800 Sutter Street, Ste. 460 |
| | | | Concord, CA  94520 |
| 12 | | | Tel: (925) 938-1430 |
| | | | Fax: (925) 256-7508 |
| 13 | | | Email: jficenec@sellarlaw.com |
| 14 | | | Attorneys for Plaintiff |
| 15 | | | Honeywell International, Inc. |
| 16 | DATED: 5/2/07 | | |
| 17 | | By: | /S/ Michael D. Lisi |
| | | | Kenneth E. Keller |
| 18 | | | Michael D. Lisi |
| | | | KRIEG, KELLER, SLOAN, REILLEY & ROMAN, LLP |
| 19 | | | 114 Sansome Street, 4th Floor |
| 20 | | | San Francisco, CA 94104 |
| | | | Tel: 415-249-8330 |
| 21 | | | Fax: 415-249-8333 |
| | | | E-mail: kkeller@kksrr.com |
| 22 | | | mlisi@kksrr.com |
| 23 | | | Attorneys for Mitsubishi Electric Corporation |
| 24 | | | and Mitsubishi Electric & Electronics USA, Inc. |

Good cause appearing, it is SO ORDERED.

Dated: 5/7/07

Phyllis J. Hamilton
United States District

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

/S/ James M. Lockhart
James M. Lockhart