James P. McCarthy (admitted pro hac vice)
Michael Olafson (admitted pro hac vice)
James M. Lockhart (admitted pro hac vice)
Mark A. Jacobson (admitted pro hac vice)
Mark S. McNeil (CA Bar No. 62103)
Lindquist & Vennum, P.L.L.P.
4200 IDS Center – 80 South Eighth Street
Minneapolis, MN  55402-2205
Tel:  (612) 371-3266
Fax:  (612) 371-3207
E-mail:  jmccarthy@lindquist.com
molafson@lindquisty.com
jlockhar@lindquist.com
mjacobson@lindquist.com
mmcneil@lindquist.com

James J. Ficenec (CA. Bar #152172)
Sellar Hazard, McNeely & Manning
1111 Civic Drive, Suite 300
Walnut Creek, CA 94596
Telephone:  (925) 938.1430
Facsimile: (925) 926-7508
Email:  jficenec@sellarlaw.com

Attorneys for Plaintiff
Honeywell International, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION*<br><br>This Document Relates to:<br><br>*Honeywell International Inc. v. Hynix Semiconductor, Inc. et al.*<br><br>Case No. C 06-02917 PJH | Master File No. M-02-01486PJH<br><br>MDL No.  14486<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE**  AND ORDER |

1

1  Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Honeywell International, Inc.
2  hereby dismisses without prejudice its claims against Crucial Technologies, Inc.
3
4  DATED:    7/31/06

|  |  |
|---|---|
| By: | s/ Mark A. Jacobson |
|  | James P. McCarthy (admitted pro hac vice) |
|  | Michael Olafson (admitted pro hac vice) |
|  | James M. Lockhart (admitted pro hac vice) |
|  | Mark A. Jacobson (admitted pro hac vice) |
|  | Mark S. McNeil (CA Bar No. 62103) |
|  | Lindquist & Vennum, P.L.L.P. |
|  | 4200 IDS Center – 80 South Eighth Street |
|  | Minneapolis, MN  55402-2205 |
|  | Tel:  (612) 371-3266 |
|  | Fax:  (612) 371-3207 |
|  | E-mail:  jmccarthy@lindquist.com |
|  | molafson@lindquisty.com |
|  | jlockhar@lindquist.com |
|  | mjacobson@lindquist.com |
|  | mmcneil@lindquist.com |

James J. Ficenec (CA. Bar #152172)
Sellar Hazard, McNeely & Manning
1111 Civic Drive, Suite 300
Walnut Creek, CA 94596
Telephone:  (925) 938.1430
Facsimile: (925) 926-7508
Email:  jficenec@sellarlaw.com

Attorneys for Plaintiff
Honeywell International, Inc.

5/25/07

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

Doc# 2167856\1