1   James P. McCarthy (admitted pro hac vice)
    Michael Olafson (admitted pro hac vice)
2   James M. Lockhart (admitted pro hac vice)
    Mark A. Jacobson (admitted pro hac vice)
3   Mark S. McNeil (CA Bar No. 62103)
    Lindquist & Vennum, P.L.L.P.
4   4200 IDS Center – 80 South Eighth Street
    Minneapolis, MN  55402-2205
5   Tel:  (612) 371-3266
    Fax:  (612) 371-3207
6   E-mail:  jmccarthy@lindquist.com
    molafson@lindquisty.com
7   jlockhart@lindquist.com
    mjacobson@lindquist.com
8   mmcneil@lindquist.com

9   James J. Ficenec (CA. Bar #152172)
    Sellar Hazard, McNeely & Manning
10  1111 Civic Drive, Suite 300
    Walnut Creek, CA 94596
11  Telephone:  (925) 938.1430
    Facsimile: (925) 926-7508
12  Email:  jficenec@sellarlaw.com

13

14  Attorneys for Plaintiff
    Honeywell International, Inc.

15

16              UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA

18

19  Honeywell International Inc.            Case No. 06-CV-02917-PJH

20      Plaintiff,                         **STIPULATION OF DISMISSAL AS TO
                                           HITACHI DEFENDANTS PURSUANT TO
21  v.                                     RULE 41(a)(1)(ii)** AND ORDER

22  Hynix Semiconductor, Inc. et al.

23      Defendants.

24

25

26

27

28

1    The parties hereto, having amicably resolved their differences, hereby stipulate to a

2  dismissal of this action as to defendants Hitachi, Ltd., Hitachi America, Ltd. and Hitachi

3  Semiconductor (America) Ltd. n/k/a Renesas Technology America, Inc. with prejudice, pursuant

4  to Rule 41(a)(1)(ii), Fed. R. Civ. P.  Each party shall bear its own costs and attorney's fees. This

5  dismissal shall not apply to or affect any other defendant.

6

7  DATED:  12/6/06

                                    By:  _____

8                                          James P. McCarthy (admitted pro hac vice)
                                         Michael Olafson (admitted pro hac vice)
9                                          James M. Lockhart (admitted pro hac vice)
                                         Mark A. Jacobson (admitted pro hac vice)
10                                        Mark S. McNeil (CA Bar No. 62103)
                                         Lindquist & Vennum, P.L.L.P.
11                                        4200 IDS Center – 80 South Eighth Street
                                         Minneapolis, MN  55402-2205
12                                        Tel:  (612) 371-3266
                                         Fax:  (612) 371-3207
13                                        E-mail:  jmccarthy@lindquist.com
                                         molafson@lindquisty.com
14                                        jlockhart@lindquist.com
                                         mjacobson@lindquist.com
15                                        mmcneil@lindquist.com

16                                        James J. Ficenec (CA. Bar #152172)
                                         Sellar Hazard, McNeely & Manning
17                                        1111 Civic Drive, Suite 300
                                         Walnut Creek, CA 94596
18                                        Telephone:  (925) 938.1430
                                         Facsimile: (925) 926-7508
19                                        Email:  jficenec@sellarlaw.com

20                                        Attorneys for Plaintiff
                                         Honeywell International, Inc.
21

22

23

24

25

26

27

28

                                            2

STIPULATION OF DISMISSAL AS TO HITATCHI DEFENDANTS
Case No. 06-CV-02917-PJH
Doc# 2206647\1

1

2   DATED: 12/1/06                          By: _____

3                                               **Bobby R. Burchfield**
                                                **Craig P. Seebald**
4                                               **Richard W. Smith**
                                                McDermott Will & Emery LLP
5                                               600 13 Street, N.W.
                                                Washington, D.C. 20005-3096
6                                               (202)756-8065
                                                Fax: (202)756-8087
7                                               Email: bburchfield@mwe.com
                                                       cseebald@mwe.com
8                                                      rwsmith@mwe.com

9                                               Daniel E. Alberti
                                                McDermott Will & Emery LLP
10                                              3150 Porter Dr.
                                                Palo Alto, CA 94304-1212
11                                              (650)813-5019
                                                Fax: (650)813-5100
12                                              Email: Dalberti@mwe.com)

13                                              Attorneys for Hitachi, Ltd.,
                                                Hitachi America, Ltd., and
14                                              Hitachi Semiconductor (America) Inc. n/k/a
                                                Renesas Technology America, Inc.
15

16

17      IT IS SO ORDERED                       5/25/07

18

19      Judge Phyllis J. Hamilton

20

21

22

23

24

25

26

27

28

                                             3
STIPULATION OF DISMISSAL AS TO HITATCHI DEFENDANTS
Case No. 06-CV-02917-PJH
Doc# 2206647\1