James P. McCarthy (admitted pro hac vice)
James M. Lockhart (admitted pro hac vice)
Lindquist & Vennum P.L.L.P.
4200 IDS Center – 80 South Eighth Street
Minneapolis, MN 55402-2205
Tel: (612) 371-3266
Fax: (612) 371-3207
E-mail: jmccarthy@lindquist.com
jlockhart@lindquist.com

James J. Ficenec (CA. Bar #152172)
Sellar Hazard Manning Ficenec & Lai
1800 Sutter Street, Ste. 460
Concord, CA 94520
Telephone: (925) 938-1430
Facsimile: (925) 256-7508
Email: jficenec@sellarlaw.com

Attorneys for Plaintiff
Honeywell International, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Honeywell International Inc.

Plaintiff,

v.

Hynix Semiconductor, Inc. et al.

Defendants.

Case No. 06-CV-02917-PJH

**STIPULATION OF DISMISSAL *[and ORDER]* AS TO NANYA DEFENDANTS PURSUANT TO RULE 41(a)(1)(ii)**

The parties hereto, having amicably resolved their differences, hereby stipulate to a dismissal of this action as to defendants Nanya Technology Corporation and Nanya Technology Corporation USA with prejudice, pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P. Each party shall bear its own costs and attorney's fees. This dismissal shall not apply to or affect any other defendant.

DATED: 8/14/07

By: */s/ James M. Lockhart*

James P. McCarthy (admitted pro hac vice)
James M. Lockhart (admitted pro hac vice)
LINDQUIST & VENNUM P.L.L.P.
4200 IDS Center – 80 South Eighth Street
Minneapolis, MN 55402-2205
Tel: (612) 371-3266
Fax: (612) 371-3207
E-mail: jmccarthy@lindquist.com
jlockhart@lindquist.com

James J. Ficenec (SBN - 152172)
SELLAR HAZARD MANNING FICENEC & LAI
1800 Sutter Street, Ste. 460
Concord, CA 94520
Tel: (925) 938-1430
Fax: (925) 256-7508
Email: jficenec@sellarlaw.com

Attorneys for Plaintiff
Honeywell International, Inc.

DATED: 8/10/07

By: */s/Howard Ullman*

Robert E. Freitas
Howard Ullman
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
Tel: 650-614-7400
Fax: 650-614-7401
Email: rfreitas@orrick.com
hullman@orrick.com

Attorneys for Nanya Technlogy Corporation and Nanya Technology Corporation USA

Good cause appearing, it is SO ORDERED.

Dated: 8/17/07 ______________________________

Phyllis
United e

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Phyllis J. Hamilton
NORTHERN DISTRICT OF CALIFORNIA

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

*/s/James M. Lockhart*
James M. Lockhart